| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Frances Carlson | Telephone: (313) 226-9100 | |
| | Special Agent: Richard Cousins | Telephone: (313) 302-3400 | |

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Diondre Conerly | Case: 2:26−mj−30140<br>Assigned To : Unassigned<br>Assign. Date : 3/18/2026<br>Description: CMP USA V.<br>CONERLY (DJ) |

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 6, 2026 and February 26, 2026__ in the county of _____Wayne_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Fellon in posession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Richard Cousins, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____March 18, 2026_____

City and state: __Detroit, Michigan__

_____
*Judge's signature*

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Special Agent Richard J. Cousins, being first duly sworn, hereby depose and state as follows:

## I.      INTRODUCTION

1.      I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") since April 2023. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests for offenses enumerated under federal law. I have authored several federal search warrants, federal criminal complaints, and federal arrest warrants.

2.      I have had extensive training at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. In addition, prior to my employment with ATF, I was a U.S. Customs and Border Protection Officer with United States Customs and Border Protection, for approximately three years. I also have a bachelor's degree in political science.

1

3.     I am working in conjunction with several agents who have extensive experience in criminal investigations, including investigations involving firearms, armed drug tracking, and criminal street gangs. As law enforcement officers, we have utilized a variety of investigative techniques and resources, including physical and electronic surveillance, undercover and various types of informants, and cooperating sources.

4.     I have personal knowledge or have been provided by other law enforcement officers with the facts set forth herein. I have also reviewed reports and body worn camera footage provided by law enforcement. I have not included every fact known to law enforcement concerning this investigation. I have only set forth the facts necessary to establish probable cause that Diondre CONERLY violated 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm – on February 6, 2026 and February 26, 2026.

## II.    BACKGROUND OF THE INVESTIGATION

5.     The ATF has been investigating Diondre CONERLY (XX/XX/1988) for violations of federal firearm laws since March 2026. Based on the investigation, I believe there is probable cause that

2

CONERLY illegally possessed firearms on February 6, 2026, and February 26, 2026.

6.      I reviewed a Computerized Criminal History ("CCH") for CONERLY and noted the following felony convictions:

    a. June 2007 – Michigan's 16th Circuit, pled guilty to:

        i.  Motor Vehicle – Unlawful Driving Away

        ii. Attempt Motor Vehicle – Unlawful Driving Away

    b. March 2011 – Michigan's 3rd Circuit, pled guilty to:

        i.  Motor Vehicle – Unlawful Driving Away

    c. April 2015 – Michigan's 3rd Circuit, pled guilty to:

        i.  Attempt – Larceny - $20,000 or more

    d. April 2019 – Michigan's 3rd Circuit, pled guilty to:

        i.  Weapons – Carrying Concealed

        ii. Police Officer – Assaulting/Resisting/Obstructing

7.      Regarding the April 2019 felony convictions, based on my review of the 3rd Circuit Court Register of Actions for Case No. 19-001616-01-FH, CONERLY also was initially charged with Firearms–Possession by Prohibited Person and two counts of Weapons Felony Firearm. Those charges were dismissed upon his guilty plea to the two charges listed above.

**February 6, 2026 ARREST**

8.      On February 6, 2026, members of the Detroit Police Department (DPD) were patrolling the area of Tracey St. and W McNichols Rd., in the City of Detroit. Officers observed a black Dodge Durango blocking the roadway in front of 16890 Tracey Street.  As officers approached the Durango, CONERLY walked over to officers and stated that the vehicle was his and that he was delivering pizzas. When asked for his license, CONERLY advised officers that he did not have one.  Officers observed that during their interaction with him, CONERLY kept his forearm pressed against his left hip and his body bladed away from them. Officers identified CONERLY's behavior was consistent with someone concealing a firearm. At this juncture, DPD officers began to conduct a pat down of CONERLY. When one of the officers patted the area around his hip that CONERLY had been guarding with his arm, the officer felt what he believed to be a firearm. At this point, CONERLY stepped backwards, hunched his upper body forward, and claimed he was slipping before kneeling to the ground. As officers attempted to detain him, CONERLY began to tense his body and pull away from officers. Once secured, a loaded black Glock 17 pistol, bearing serial number BGTF530, was recovered from

CONERLY'S pant leg. During a review of body worn camera footage, CONERLY can be heard excitingly uttering that he has several felony convictions, including a previous gun charge where "they" tried to give him ten years. CONERLY was arrested.

9.     On February 8, 2026, CONERLY was charged and arraigned in Wayne County with Carrying a Concealed Weapon, Weapons–Firearms–Possession by Prohibited Person, and Weapons Felony Firearm. On February 25, 2026, the charges were dismissed without prejudice for insufficient evidence after the preliminary examination.

### February 26, 2026 ARREST

10.     On February 26, 2026, DPD conducted a traffic stop on the same Dodge Durango from the February 6, 2026, stop after determining the license plate was expired and the vehicle had no insurance on file. CONERLY, who was the driver and sole occupant of the vehicle, ignored multiple commands by DPD to pull the vehicle over. While DPD was following the Durango, they observed CONERLY drive to the opposite/wrong side of the road and briefly pull up next to an open trash can. They then observed CONERLY throw something out of the driver's side window into the trash can. Once CONERLY was finally stopped

5

and detained, DPD searched the trash can, which was empty except for a loaded black Glock 45 pistol, bearing serial number BKDY746.

11.     I conducted a query in the Law Enforcement Information Network (LEIN) for both the Glock 17 and Glock 45 pistols. The recovered Glock 17 was listed stolen on May 1, 2024 and reported to the Gibraltar Police Department. The recovered Glock 45 was listed as stolen on December 21, 2019 and reported to the Detroit Police Department.

12.     On March 4, 2026, I provided Special Agent and Interstate Nexus Expert Josh McLean with a description of the Glock 17 and Glock 45 pistols. Based on the descriptions of the firearms, and without physically examining them, Special Agent McLean determined that both pistols were manufactured outside the State of Michigan. Therefore, the firearms traveled in and/or affected interstate commerce to arrive in the State of Michigan.

17.     Based on the above, there is therefore probable cause to believe that on February 6, 2026, and February 26, 2026, CONERLY, violated 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm.

Respectfully submitted,

_____
Special Agent Richard Cousins
Bureau of Alcohol, Tobacco,
    Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

March 18, 2026

7