UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 26-cr-20200
Hon. Matthew F. Leitman

DIONDRE CONERLY,

Defendant.

______________________________________/

**ORDER (1) GRANTING DEFENDANT'S MOTION TO SUPPRESS STATEMENTS (ECF No. 33), (2) DENYING DEFENDANT'S MOTION TO DISMISS UNDER THE SECOND AMENDMENT (ECF No. 31) AND DEFENDANT'S MOTION FOR DISCOVERY (ECF No. 34), AND (3) CONTINUING PROCEEDINGS ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE (ECF No. 32)**

On September 30, 2026, the Court held a hearing on pending motions in this case. For the reasons stated on the record during the hearing, IT IS HEREBY ORDERED as follows:

- Defendant's Motion to Suppress Statements (ECF No. 33) is **GRANTED**;
- Defendant's Motion to Dismiss Under the Second Amendment (ECF No. 31) and Motion for Discovery (ECF No. 34) are **DENIED**; and

- Proceedings on Defendant's Motion to Suppress Evidence are **CONTINUED**. The parties shall file supplemental briefs addressing the matters identified on the record and shall do so by the deadlines stated on the record.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 1, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 1, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126